## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JOHN D. FOSBINDER,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**COVENTRY HEALTH CARE OF** )<br>**NEBRASKA, INC.,** )<br>)<br>**Defendant.** ) | **8:06CV522**<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation [25] for Enlargement of Time to file Answers to Plaintiff's Interrogatories, Requests for Production and Request for Admissions and Answers to Plaintiff's Request for Production of Documents, Set 2. Upon review of the Stipulation and being fully advised in the premises,

**IT IS ORDERED:**

1. The Stipulation [25] is granted.

2. Defendant Coventry shall answer or respond to Plaintiffs' discovery requests within twenty (20) days following the Court's ruling on Coventry's anticipated Motion for Protective Order.

3. Coventry shall file its Motion for Protective Order no later than **January 18, 2007.**

DATED January 12, 2007.

                                                      BY THE COURT:

                                                      s/ F.A. Gossett
                                                      **United States Magistrate Judge**