IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JOHN D. FOSBINDER,** | **Case: 8:06-cv-522** |
| **Plaintiff,** | |
| v. | **ORDER TO EXTEND TIME** |
| **COVENTRY HEALTH CARE OF NEBRASKA, INC., a corporation, Defendant.** | |

This matter is before the court following the filing of a Joint Stipulation for Extension of Time filed by the Plaintiff, John D. Fosbinder and the Defendant, Coventry Health Care of Nebraska. Upon due consideration, the Court orders:

**IT IS ORDERED:** Coventry shall serve the plaintiff with its statement of expert witnesses it expects to call to testify pursuant to Rule 702, 703, or 705, Fed. Rules of Evidence, pursuant to Fed. R. Civ. P. 26 (a)(2) on or before June 18, 2007.

**DATED May 23, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**