IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JOHN D. FOSBINDER,              )
                                )
              Plaintiff,        )       8:06CV522
                                )
     v.                         )
                                )
COVENTRY HEALTH CARE OF         )       ORDER
NEBRASKA, INC., a corporation,  )
                                )
              Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion to dismiss with prejudice (Filing No. 66). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; this action is dismissed with prejudice, each party to pay its own costs.

DATED this 18th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court